| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 1:22-cr-103 |
| | § | |
| IVAN HERNANDEZ-SALCIDO | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
<u>**REPORT AND RECOMMENDATION**</u>

  The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

  At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. finding the Defendant violated the second allegation in the petition that he failed to follow a standard condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the Defendant to a term of 8 months' imprisonment, with no supervised release to follow.  The Defendant shall serve this term concurrently with any revocation sentence imposed in Eastern District of Texas Case No. 1:22-CR-102, and consecutively with any term of imprisonment previously imposed in United States District Court, Eastern District of Texas, Case No. 1:22-CR-85, with no additional term of supervised release. The Defendant requested to serve his prison term at the Federal Correctional Institution in Big Spring, Texas.  His request should be accommodated, if possible.

  At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed

findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Ivan Hernandez-Salcido's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 2nd day of February, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE